# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| METROPOLITAN TITLE AGENCY, INC., *et al.*, | Case No. 3:22-cv-94 |
| Plaintiffs, | District Judge Walter H. Rice |
| vs. | Magistrate Judge Peter B. Silvain, Jr. |
| FEDEX CORP., | |
| Defendant. | |

## ORDER OF REFERENCE

The above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington solely for the purpose of conducting a mediation. The appointed Mediator shall have full authority to conduct the mediation and shall report to District Judge Walter H. Rice whether or not the mediation resulted in settlement of this case.

**IT IS SO ORDERED.**

May 5, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge